UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-104(01) RM |
| ) | |
| MARK A. BAUER ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 7, 2009 [Doc. No. 44]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Marc A. Bauer's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:  August 25, 2009

                                          /s/ Robert L. Miller, Jr.
                                          Chief Judge
                                          United States District Court